PAINO BROS., INC., Appellant, *v.* CENTRAL NATIONAL BANK OF YONKERS, Respondent.

(Argued January 23, 1936; decided March 3, 1936.)

*Charles H. Kelby* and *Henry E. Stohldreier* for appellant.
*William F. McNulty, Harold R. Medina, W. Chantler Arbuckle* and *William Warburton Scrugham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.